■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID COTTON, Appellant. [632 NYS2d 35] —Judgment unanimously affirmed. Memorandum: Defendant contends that

Supreme Court erred in denying his motion for severance. By pleading guilty, defendant waived his right to seek appellate review of the denial of that motion *(see, People v Baez,* 205 AD2d 695, *lv denied* 84 NY2d 822; *People v Welcome,* 184 AD2d 916, *lv denied* 80 NY2d 935; *People v Flagg,* 155 AD2d 552). We further conclude that the sentence, which was agreed upon as part of defendant's plea, is not unduly harsh or severe *(see, People v Tejeda,* 217 AD2d 932; *People v Kohler,* 147 AD2d 937, *lv denied* 73 NY2d 1017). (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.—Robbery, 1st Degree.) Present— Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.